denied medical treatment my life is in Danger in Camp-J and the retaliation has continue.

Respectfully submitted

CV 09-214-FJP-SCR John Poullard 98999

Camp-J.
La. State Prison
Angola La, 70712

cc/ President Barock Obama
U.S. Attorney General
Erica Holder
U.S. 5th Circuit Chief
Judge Court of Appeal
F.B.I
NAACP
Poullard Family

Order

The court will treat this letter as a request for a temporary restraining order which is hereby denied without prejudice. Not only is the motion not in proper form, the allegations made in the motion do not support a request for a temporary restraining order.

[signature]
4/28/09

2