UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN POULLARD (#98999)

VERSUS                                              CIVIL ACTION

BOBBY JINDAL, ET AL                                 NUMBER 09-214-FJP-SCR

**RULING**

In this appeal, plaintiff seeks review of the Magistrate judge's ruling of April 13, 2009, ordering the plaintiff to pay the Court's filing fee within 20 days of the date of the order, April 13, 2009.[1]

In reviewing the magistrate judge's ruling in question, the court must decide whether the ruling constitutes clear error. 28 U.S.C. § 636(b)(1)(A). Having considered the Magistrate Judge's ruling on the issue in question, the court does not find any clear error. Accordingly,

IT IS ORDERED that the ruling of the Magistrate Judge dated April 13, 2009, is hereby AFFIRMED.

IT IS FURTHER ORDERED that plaintiff's suit be dismissed without prejudice. Because of the number of frivolous cases the plaintiff has filed, which are set forth in footnote 1 of the Magistrate Judge's order, the Clerk of Court shall not accept any further suits from the plaintiff unless plaintiff pays the $350.00

---

[1] Rec. Doc. No. 3.

Doc#45997

Operations

filing fee at the time the new suit is filed.

Baton Rouge, Louisiana, April 29, 2009.

```
                              _____
                              FRANK J. POLOZOLA
                              MIDDLE DISTRICT OF LOUISIANA
```